CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 21 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICKEY A. MERICA, | ) | Civil Action No. 7:07cv00350 |
|    Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Glen E. Conrad |
|    Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**. This action shall be **STRICKEN** from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner and all counsel of record.

ENTER: This 21st day of December, 2007.

_/s/ Glen E. Conrad_
United States District Judge